**Order entered December 4, 2014**



In The

## Court of Appeals
## Fifth District of Texas at Dallas

No. 05-14-00836-CR
No. 05-14-00837-CR
No. 05-14-00838-CR

**MATTHEW LOUIS REESE, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 203rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F14-00306-P, F13-60347-P, F13-00723-P**

## ORDER

The Court **REINSTATES** the appeals.

On October 29, 2014, the Court ordered the trial court to make findings regarding whether appellant was granted permission to appeal and, if so, to prepare certifications of appellant's right to appeal that specifically identify the scope of the permission granted. We **ADOPT** the trial court's findings that (1) the trial court orally admonished appellant on June 19, 2014 that he would be permitted to appeal the issue of the stacking order should the court order that the sentences run consecutively; (2) the right to appeal is limited to the stacking of the sentences only; and (3) amended certifications identifying the scope of the right to appeal have been prepared.

We have received the amended certifications of appellant's right to appeal.

We **ORDER** court reporter Karren Jones to file the reporter's record of the June 19, 2014 plea hearing within **THIRTY DAYS** of the date of this order.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to Karren Jones, Auxiliary Court Reporter, and to counsel for all parties.

/s/    CAROLYN WRIGHT
CHIEF JUSTICE